## MOTION DOCKET

**94–1538.** State v. Bies. *Hamilton County,* No. C–920841. On motion for stay of execution pending disposition of petition for writ of certiorari by United States Supreme Court. Motion granted.

F.E. Sweeney, J., dissents.

**94–1675.** State ex rel. Newman v. Indus. Comm. *Franklin County,* No. 93AP–486. On request for oral argument. Request granted.

Cook, J., dissents.

**94–1689.** State ex rel. McGonegle v. Indus. Comm. *Franklin County,* No. 93APD03–441. On request for oral argument by the C.W. Zumbiel Company. Request denied.

F.E. Sweeney, J., dissents.

**94–2537.** State v. Wilson. *Lorain County,* No. 92CA005396. On motion for stay of execution pending disposition of petition for writ of certiorari by United States Supreme Court. Motion granted.

F.E. Sweeney, J., dissents.

Cook, J., not participating.

**94–2752** and **95–170.** In re Adoption of Zschach. *Fairfield County,* Nos. 1994CA14 and 1994CA19. On Johnson's motion to vacate entry of February 1, 1996, and on Barnebey's motion to vacate February 1, 1996 entry. Motions denied.

Resnick and Pfeifer, JJ., dissent.

Stratton, J., not participating.

**95–2224** and **95–2356.** State ex rel. WHIO–TV7 v. Lowe. In Mandamus. On request for oral argument. Request granted.

Resnick and Cook, JJ., dissent.

**95–2375.** McConnell v. Ohio Bur. of Emp. Serv. *Franklin County,* No. 95APE03–262. On motion for an order of reference to the Franklin County Court of Common Pleas. Motion denied.

Moyer, C.J., and Douglas, J., dissent.

**96–61.** State ex rel. Russell v. Indus. Comm. In Mandamus and Prohibition. On answer of respondent and on motion to dismiss by Coventry Township Trustees. Motion to dismiss denied. *Sua sponte,* alternative writ granted and oral argument denied.

**96–141.** WLWT–TV5 v. Leis. In Mandamus. On motion for issuance of peremptory writ or alternative writ, motion to dismiss, motion for leave to amend complaint, and motion for leave to supplement the pleadings. Alternative writ granted; motion to dismiss denied; motion for leave to amend complaint granted; and motion for leave to supplement the pleadings denied.

On motion for *in camera* review. Motion granted.

F.E. Sweeney, J., dissents.

**96–164.** Watson v. Miami Cty. Mun. Court. *Miami County,* No. 95–CA–71. On renewed motion for stay of execution. Motion denied.